# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOHNSEN AND ALLPHIN PROPERTIES, LLC, a Utah limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation<br><br>Defendant. | **ORDER OF DISMISSAL**<br><br><br>Case No. 2:12-CV-740-DN-PMW<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul M. Warner |

Based on the parties' Stipulated Motion to Dismiss With Prejudice and on the Merits,[1]

and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's Third Amended Complaint,[2] in its entirety, is

DISMISSED with prejudice and on the merits. Each party shall bear its respective attorney fees

and costs.

The Clerk is directed to close the case.

SIGNED this 10th day of April 2017.

BY THE COURT:

David Nuffer
United States District Court Judge

---

[1] Docket no. 166, filed Apr. 10, 2017.

[2] Docket no. 111, filed Mar. 15, 2016.